Case 4:21-mj-01458 Document 1 Filed on 06/30/21 in TXSD Page 1 of 16

United States Courts
Southern District of Texas
FILED
June 30, 2021
Nathan Ochsner, Clerk of Court

4:21-MJ-1458

Case 3:19-cr-01293-DCG Document 353 Filed 10/08/20 Page 1 of 7

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER MORALES,
TN: Christopher Alexander Morales
Defendant.

2021 OCT -8 PM 6: 36

Case Number: EP:19-CR-01293-DCG(6)
USM Number: X

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, CHRISTOPHER MORALES, TN: Christopher Alexander Morales, was represented by Art Werge.

On motion by the Government, the Court has dismissed Counts Two, Three, and Eight of the Indictment.

The defendant pled guilty to Count One of the Indictment on February 13, 2020. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 21 U.S.C. 963, 952(a), 960(a)(1), 960(b)(1)(H) Conspiracy to Import a Controlled Substance, To Wit: 50 Grams or More of Methamphetamine | March 14, 2019 | One |

As pronounced on October 5, 2020, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this ____ day of October, 2020.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

AO 245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment — Page 2 of 7

DEFENDANT: CHRISTOPHER MORALES, TN: Christopher Alexander Morales
CASE NUMBER: EP:19-CR-01293-DCG(6)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of seventy-two (72) months with credit for time served while in custody for this federal offense.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

United States Marshal

By _____
Deputy Marshal

AO 245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment — Page 3 of 7

DEFENDANT: CHRISTOPHER MORALES, TN: Christopher Alexander Morales
CASE NUMBER: EP:19-CR-01293-DCG(6)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special and/or additional conditions on the attached pages that have been adopted by this Court.

### MANDATORY CONDITIONS

1. The defendant shall not commit another federal, state or local crime during the term of supervision.
2. The defendant shall not unlawfully possess a controlled substance.
3. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.
4. The defendant shall cooperate in the collection of DNA as instructed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).
5. If applicable, the defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et. seq.) as instructed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which the defendant resides, works, is a student, or was convicted of a qualifying offense.
6. If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.
7. If this judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.
8. The defendant shall pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. The defendant shall notify the court of any material change in defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

AO 245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment -- Page 4 of 7

DEFENDANT: CHRISTOPHER MORALES, TN: Christopher Alexander Morales
CASE NUMBER: EP:19-CR-01293-DCG(6)

## STANDARD CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant shall report to the probation officer as instructed.
3. The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.
4. The defendant shall answer truthfully the questions asked by the probation officer.
5. The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. The defendant shall allow the probation officer to visit the defendant at any time at his or her home or elsewhere, and the defendant shall permit the probation officer to take any items prohibited by the conditions of the defendant's supervision that are observed in plain view.
7. The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment, he or she shall try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about his or her work (such as the position or job responsibilities), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.
10. The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. The defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that the defendant poses a risk to another person (including an organization), the probation officer may require the defendant to notify the person about the risk and the defendant shall comply with that instruction. The probation officer may contact the person and confirm that the defendant has notified the person about the risk.
13. The defendant shall follow the instructions of the probation officer related to the conditions of supervision.
14. If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.
15. If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is the condition of supervision that the defendant shall provide the probation officer access to any requested financial information.
16. If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment -- Page 5 of 7

DEFENDANT: CHRISTOPHER MORALES, TN: Christopher Alexánder Morales
CASE NUMBER: EP:19-CR-01293-DCG(6)

## SPECIAL CONDITIONS OF SUPERVISED RELEASE

X  The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment if financially able.

X  The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

X  The defendant shall submit his or her person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search shall be conducted at a reasonable time and in a reasonable manner.

X  The defendant shall pay restitution in the amount to be determined at the restitution hearing, jointly and severally with other co-defendants, through the Clerk, U.S. District Clerk, for distribution to the payee(s).

AO 245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment -- Page 6 of 7

DEFENDANT:      CHRISTOPHER MORALES, TN: Christopher Alexander Morales
CASE NUMBER:    EP:19-CR-01293-DCG(6)

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

X   The defendant shall remain in the custody of the Federal Bureau of Prisons during nights, weekends, or other intervals of time, totaling no more than the lesser of one year or the term of imprisonment authorized for the offense, during the first year of the term of probation or supervised release as directed by the Court.

X   The defendant shall participate in a vocational services program and follow the rules and regulations of that program. Such a program may include job readiness training and skills development training. The defendant shall pay for the costs of the program if financially able.

AO 245B (Rev. TXW 11/16) Judgment in a Criminal Case

Judgment -- Page 7 of 7

DEFENDANT: CHRISTOPHER MORALES, TN: Christopher Alexander Morales
CASE NUMBER: EP:19-CR-01293-DCG(6)

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 525 Magoffin Avenue, Room 105, El Paso, Texas 79901.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS: | $100.00 | To be determined | $.00 | $.00 | $.00 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00.

### Fine

The fine is waived because of the defendant's inability to pay.

### Restitution - Jointly and Severally

The defendant shall pay restitution in the amount to be determined at the restitution hearing.

The Court directs the United States Probation Office to provide personal identifier information of victims by submitting a "reference list" under seal Pursuant to E-Government Act of 2002" to the District Clerk within ten(10) days after the criminal Judgment has been entered.

**Name of Payee**                                                                 **Amount of Restitution**

See reference list

To be determined at restitution hearing

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L No. 115-299.

** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. EP-19-CR-1293-DCG (6) |
| CHRISTOPHER MORALES | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHRISTOPHER MORALES                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:

  SEE ATTACHED ORDER


Date:  06/15/2021

*Issuing officer's signature*

City and state:  El Paso, Texas

Margarita R. Chiong, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

**U.S. Department of Justice**
United States Attorney

FILED
JUN 15 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# United States District Court
## Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CHRISTOPHER MORALES, § <br> § <br> Defendant. § | CRIMINAL NO. EP-19-CR-01293-DCG-6 |

### ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named Defendant and that the Defendant has been sentenced by the District Court to a term of imprisonment under said cause, it is hereby ORDERED that warrant issue for the arrest of said Defendant, returnable instanter to the El Paso Division of this Court.

ENTERED at El Paso, Texas, this ___15___ day of ___JUNE___, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

The United States Attorney recommends the following bail:

| Defendant | Recommended Amount of Bail |
|---|---|
| **CHRISTOPHER MORALES** | Detain No Bond |

A true copy of the original, I certify.
Clerk, U. S. District Court

By_____
Deputy

Rev. 01/12

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
## CRIMINAL DOCKET FOR CASE #: 3:19-cr-01293-DCG-6

| | |
|---|---|
| Case title: USA v. Sealed | Date Filed: 04/24/2019 |

Assigned to: Judge David C Guaderrama

### Defendant (6)

| | | |
|---|---|---|
| **Christopher Morales**<br>*True Name*<br>Christopher Alexander Morales | represented by | **Art Werge**<br>Werge Law Firm PLLC<br>1413 Montana<br>El Paso, TX 79902<br>915-204-2582<br>Fax: 866-585-8459<br>Email: wergelaw@gmail.com<br>*TERMINATED: 10/08/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21 U.S.C. 963, 952, 960 Conspiracy to Import a Controlled Substance, to wit: 50 grams or more of Methamphetamine<br>(1) | Deft sentenced to 72 months imprisonment, 5 yrs S/R, $100 S/A imposed, $0 fine |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21 U.S.C. 846, 841 Conspiracy to Possess a Controlled Substance with Intent to Distribute, to wit: 50 grams or more of Methamphetamine<br>(2) | Dismissed on Govt Motion |
| 18 U.S.C. 371, 2312 Conspiracy to Transport Stolen Vehicles in Interstate and Foreign Commerce<br>(3) | Dismissed on Govt Motion |

18 U.S.C. 2312 Transportation of

| | |
|---|---|
| Stolen Vehicles in Interstate and Foreign Commerce (8) | Dismissed on Govt Motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christopher Kirk Mangels**<br>United States Attorney's Office<br>700 San Antonio, Suite 200<br>El Paso, TX 79901<br>915-534-3472<br>Email: christopher.mangels@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mallory Josephine Rasmussen**<br>U.S. Attorney's Office<br>700 E. San Antonio Ave.<br>Suite 200<br>El Paso, TX 79901<br>915-356-2228<br>Email: mallory.rasmussen@usdoj.gov<br>*TERMINATED: 05/20/2021*<br>*LEAD ATTORNEY*<br><br>**Sarah Valenzuela**<br>U.S. Attorney's Office<br>Co-Counsel<br>700 E. San Antonio, Suite 200<br>El Paso, TX 79901<br>915-534-6884<br>Email: sarah.valenzuela2@usdoj.gov<br>*TERMINATED: 05/20/2021*<br>*LEAD ATTORNEY*<br><br>**Vanessa K. Brown**<br>U. S. Attorney's Office<br>Co-Counsel<br>700 E. San Antonio Ave., Suite 200<br>El Paso, TX 79901<br>915-5346884<br>Email: vanessa.brown2@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2019 | 6 | MOTION to Seal Indictment by USA as to Christopher Morales. (mc4) Modified on 4/25/2019 (mc4). (Entered: 04/25/2019) |
| 04/24/2019 | 15 | ORDER GRANTING 6 Motion to Seal Indictment/Information as to Christopher Morales (6). Signed by Judge Robert F. Castaneda. (mc4) (Entered: 04/25/2019) |
| 04/24/2019 | 26 | REDACTED INDICTMENT as to Christopher Morales. (mc4) (Entered: 04/25/2019) |
| 04/24/2019 | 35 | Personal Data Sheet (SEALED) as to Christopher Morales (mc4) (Entered: 04/25/2019) |
| 04/24/2019 | 44 | MOTION to Detain Defendant without Bond by USA as to Christopher Morales. (mc4) (Entered: 04/25/2019) |
| 04/24/2019 | 53 | ORDER FOR ISSUANCE OF Bench Warrant as to Christopher Morales. Signed by Judge Robert F. Castaneda. (mc4) (Entered: 04/25/2019) |
| 04/25/2019 | 62 | Arrest Warrant Issued by Judge Robert F. Castaneda as to Christopher Morales. (mc4) (Entered: 04/25/2019) |
| 11/21/2019 | 197 | Application for Writ of Habeas Corpus ad Prosequendum as to Christopher Morales (Attachments: # 1 Unredacted)(mc4) (Entered: 11/21/2019) |
| 11/21/2019 | 200 | Writ of Habeas Corpus ad Prosequendum Issued as to Christopher Morales for 12/16/19 (Attachments: # 1 Unredacted/USMS Received)(mc4) (Entered: 11/22/2019) |
| 12/16/2019 | | Arrest of Christopher Morales (em) (Entered: 12/16/2019) |
| 12/16/2019 | | INDICTMENT UNSEALED as to Christopher Morales (em) (Entered: 12/16/2019) |
| 12/16/2019 | 209 | Minute Entry for proceedings held before Judge Miguel A. Torres:Initial Appearance as to Christopher Morales held on 12/16/2019 (Minute entry documents are not available electronically.) (Court Reporter ERO.) (em) (Entered: 12/16/2019) |
| 12/16/2019 | | Spanish Language Interpreter NOT required as to Christopher Morales (em) (Entered: 12/16/2019) |
| 12/16/2019 | | ORAL ORDER OF TEMPORARY DETENTION: Bond set to No Bond Set as to Christopher Morales. Signed by Judge Miguel A. Torres. (em) (Entered: 12/16/2019) |
| 12/16/2019 | 210 | ORDER APPOINTING COUNSEL as to Christopher Morales Art Werge for Christopher Morales appointed.. Signed by Judge Miguel A. Torres. (em) (Entered: 12/16/2019) |

| | | |
|---|---|---|
| 12/16/2019 | 211 | ORDER as to Christopher Morales, ( District Court Arraignment set for 12/19/2019 09:30 AM before Judge Miguel A. Torres; Detention Hearing set for 12/19/2019 09:30 AM before Judge Miguel A. Torres,). Signed by Judge Miguel A. Torres. (em) (Entered: 12/16/2019) |
| 12/18/2019 | 215 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Mangels, Christopher) (Entered: 12/18/2019) |
| 12/18/2019 | | Text Order GRANTING 215 Motion for Leave to File Sealed Document as to Christopher Morales (6) Entered by Judge David C Guaderrama. (This is a text-only entry generated by the court. There is no document associated with this entry.) (gd) (Entered: 12/18/2019) |
| 12/18/2019 | 216 | SEALED MOTION filed (mc4) (Entered: 12/18/2019) |
| 12/19/2019 | 217 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Christopher Morales Signed by Judge Miguel A. Torres. (mc4) (Entered: 12/19/2019) |
| 12/19/2019 | 219 | WAIVER of Detention Hearing by Christopher Morales (mc4) (Entered: 12/19/2019) |
| 12/19/2019 | 221 | ORDER OF DETENTION: No Bond Set as to Christopher Morales. Signed by Judge Miguel A. Torres. (mc4) (Entered: 12/19/2019) |
| 12/19/2019 | 223 | Sealed Order. Signed by Judge David C Guaderrama. (mc4) (Entered: 12/19/2019) |
| 01/03/2020 | 225 | Arrest Warrant Returned Executed on 12/10/19 as to Christopher Morales. (mc4) (Entered: 01/03/2020) |
| 01/28/2020 | 241 | ORDER as to Christopher Morales, ( Docket Call set for 2/5/2020 09:30 AM before Judge David C Guaderrama,). Signed by Judge David C Guaderrama. (mc4) (Entered: 01/28/2020) |
| 01/28/2020 | 244 | General ORDER of Discovery as to Christopher Morales. Signed by Judge David C Guaderrama. (mc4) (Entered: 01/28/2020) |
| 02/03/2020 | 251 | PLEA AGREEMENT as to Christopher Morales (Plea agreement documents are not available electronically.) (Mangels, Christopher) (Entered: 02/03/2020) |
| 02/03/2020 | 252 | Sealed Addendum to Plea Agreement as to Christopher Morales (Mangels, Christopher) (Entered: 02/03/2020) |
| 02/06/2020 | 257 | ORDER TO CONTINUE - Ends of Justice as to Christopher Morales, ( Rearraignment set for 2/13/2020 02:00 PM before Judge Leon Schydlower,). Signed by Judge Leon Schydlower. (mc4) (Entered: 02/06/2020) |
| 02/13/2020 | 258 | Consent to administration of guilty plea and Rule 11 Allocution by a United States Magistrate Judge by Christopher Morales (mc4) (Entered: 02/13/2020) |
| 02/13/2020 | 259 | Minute Entry for proceedings held before Judge Leon Schydlower:Rearraignment held on 2/13/2020 ; Defendant Informed of Rights. Plea of guilty entered as to Christopher Morales (6) Count 1 ;Referred to Probation for Presentence Report (Minute entry documents are not available |

| | | |
|---|---|---|
| | | electronically.) (Court Reporter ERO.) (mc4) (Entered: 02/13/2020) |
| 02/13/2020 | 260 | FINDINGS OF FACT AND RECOMMENDATION on felony guilty plea before the United States Magistrate Judge as to Christopher Morales. Signed by Judge Leon Schydlower. (mc4) (Entered: 02/13/2020) |
| 02/20/2020 | 261 | NOTICE OF ATTORNEY APPEARANCE Sarah Valenzuela appearing for USA. . Attorney Sarah Valenzuela added to party USA(pty:pla) (Valenzuela, Sarah) (Entered: 02/20/2020) |
| 03/02/2020 | 264 | ORDER accepting re 260 Findings of Fact on Plea as to Christopher Morales. Guilty plea accepted. Signed by Judge David C Guaderrama. (mc4) (Entered: 03/02/2020) |
| 03/02/2020 | 265 | ORDER as to Christopher Morales, ( Sentencing set for 6/4/2020 09:00 AM before Judge David C Guaderrama,). Signed by Judge David C Guaderrama. (mc4) (Entered: 03/02/2020) |
| 03/03/2020 | 270 | MOTION to Unseal Document *Indictment* by USA as to Christopher Morales. (Valenzuela, Sarah) (Entered: 03/03/2020) |
| 03/19/2020 | 285 | NOTICE OF ATTORNEY APPEARANCE Mallory Josephine Rasmussen appearing for USA. (Rasmussen, Mallory) (Entered: 03/19/2020) |
| 04/14/2020 | 294 | ORDER RESETTING Sentencing as to Christopher Morales. Sentencing reset for 7/30/2020 09:00 AM before Judge David C Guaderrama,. Signed by Judge David C Guaderrama. (mc4) (Entered: 04/14/2020) |
| 07/06/2020 | 323 | INITIAL PRESENTENCE REPORT as to Christopher Morales by Officer Andrea Salcido. Objections to the PSR must be submitted directly to the Probation Department. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # 1) (Minjarez, C.) (Entered: 07/06/2020) |
| 07/17/2020 | 328 | ORDER RESETTING Video Sentencing as to Christopher Morales Sentencing set for 10/5/2020 10:00 AM before Judge David C Guaderrama,. Signed by Judge David C Guaderrama. (mc4) (Entered: 07/17/2020) |
| 09/29/2020 | 338 | ADDENDUM TO PRESENTENCE REPORT as to Christopher Morales by Officer Andrea Salcido. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # 1) (Minjarez, C.) (Entered: 09/29/2020) |
| 09/29/2020 | 339 | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Christopher Morales by Officer Andrea Salcido. (Document available to court only) (Attachments: # 1 - 5) (Minjarez, C.) (Entered: 09/29/2020) |
| 10/05/2020 | 352 | Minute Entry for proceedings held before Judge David C Guaderrama:Sentencing held on 10/5/2020 for Christopher Morales (6), Count (s) 1, Deft sentenced to 72 months imprisonment, 5 yrs S/R, $100 S/A imposed, $0 fine; Count(s) 2, 3, 8, Dismissed on Govt Motion. (Minute entry documents are not available electronically.) (Court Reporter Kathleen Supnet.) |

| | | (mc4) (Entered: 10/07/2020) |
|---|---|---|
| 10/06/2020 | 351 | ORDER SETTING as to Christopher Morales, (Restitution Hearing set for 12/14/2020 09:00 AM before Judge David C Guaderrama,). Signed by Judge David C Guaderrama. (mc4) (Entered: 10/06/2020) |
| 10/08/2020 | 353 | JUDGMENT AND COMMITMENT as to Christopher Morales (6), Count(s) 1, Deft sentenced to 72 months imprisonment, 5 yrs S/R, $100 S/A imposed, $0 fine; Count(s) 2, 3, 8, Dismissed on Govt Motion. Signed by Judge David C Guaderrama. (mc4) (Entered: 10/09/2020) |
| 10/08/2020 | 354 | Sealed Statement of Reasons as to Christopher Morales (SOR documents are not available electronically.) (mc4) (Entered: 10/09/2020) |
| 12/10/2020 | 357 | SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002 filed (mc4) Modified on 12/10/2020 (mc4). (Entered: 12/10/2020) |
| 12/14/2020 | 358 | Minute Entry for proceedings held before Judge David C Guaderrama:Restitution Hearing as to Christopher Morales held on 12/14/2020. Restitution Hearing recessed until 1/4/21 (Minute entry documents are not available electronically.) (Court Reporter Kathleen Supnet.) (mc4) (Entered: 12/15/2020) |
| 12/15/2020 | 359 | ORDER RESETTING as to Christopher Morales BY ZOOM VIDEO CONFERENCE, (Restitution Hearing reset for 1/4/2021 02:00 PM before Judge David C Guaderrama,). Signed by Judge David C Guaderrama. (mc4) (Entered: 12/15/2020) |
| 12/17/2020 | 360 | ORDER RESETTING as to Christopher Morales, (Restitution Hearing reset for 1/4/2021 03:00 PM BY ZOOM VIDEO CONFERENCE before Judge David C Guaderrama,). Signed by Judge David C Guaderrama. (mc4) (Entered: 12/17/2020) |
| 12/30/2020 | 361 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Mangels, Christopher) (Entered: 12/30/2020) |
| 12/30/2020 | | Text Order GRANTING 361 Motion for Leave to File Sealed Document as to Christopher Morales (6) Entered by Judge David C Guaderrama. (This is a text-only entry generated by the court. There is no document associated with this entry.) (gd) (Entered: 12/30/2020) |
| 01/04/2021 | 362 | SEALED MOTION filed (mc4) (Entered: 01/04/2021) |
| 01/04/2021 | 363 | ORDER VACATING Restitution Hearing as to Christopher Morales. Signed by Judge David C Guaderrama. (mc4) (Entered: 01/04/2021) |
| 01/04/2021 | 364 | Sealed Order. Signed by Judge David C Guaderrama. (mc4) (Entered: 01/05/2021) |
| 01/20/2021 | 374 | TRANSCRIPT REQUEST by USA as to Christopher Morales for proceedings held on 10/05/2020 before Judge David C. Guaderrama. (Mangels, Christopher) (Entered: 01/20/2021) |
| 05/20/2021 | 428 | NOTICE OF ATTORNEY APPEARANCE Sarah Valenzuela appearing for USA. (Valenzuela, Sarah) (Entered: 05/20/2021) |

| 05/20/2021 | 429 | NOTICE OF ATTORNEY APPEARANCE Mallory Josephine Rasmussen appearing for USA. (Rasmussen, Mallory) (Entered: 05/20/2021) |
| --- | --- | --- |
| 05/20/2021 | 430 | NOTICE OF ATTORNEY APPEARANCE Vanessa K. Brown appearing for USA. (Brown, Vanessa) (Entered: 05/20/2021) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 06/30/2021 11:19:41 | | | |
| **PACER Login:** | txsus0288:2650724:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-cr-01293-DCG |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**